BENJAMIN B. WAGNER
United States Attorney
SARALYN M. ANG-OLSON, SBN 197404
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-MC-00099-WBS-DAD |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | STIPULATION AND ORDER EXTENDING |
| APPROXIMATELY $1,914.00 IN U.S. ) | TIME FOR FILING A COMPLAINT FOR |
| CURRENCY; ) | FORFEITURE AND/OR TO OBTAIN AN |
| ) | INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $77,262.73 IN U.S. ) | |
| CURRENCY, SEIZED FROM JP MORGAN ) | |
| CHASE BANK, ACCOUNT NUMBER ) | |
| 1882510754; ) | |
| ) | |
| APPROXIMATELY $1,909.60 IN U.S. ) | |
| CURRENCY, SEIZED FROM JP MORGAN ) | |
| CHASE BANK, ACCOUNT NUMBER ) | |
| 3113783498; ) | |
| ) | |
| APPROXIMATELY $13,976.21 IN U.S. ) | |
| CURRENCY, SEIZED FROM BANK OF ) | |
| AMERICA, ACCOUNT NUMBER ) | |
| 06506-02871; AND ) | |
| ) | |
| APPROXIMATELY $6,643.63 IN U.S. ) | |
| CURRENCY, SEIZED FROM BANK OF ) | |
| AMERICA, ACCOUNT NUMBER ) | |
| 06500-01860, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated by and between the United States of

America and claimants Stephani Ann Cruickshank (aka Stephani Ann Stienstra) and Thomas Frank Stienstra (collectively, the "Claimants"), by and through their respective attorney, as follows:

1.  On or about June 25, 2010, Claimants filed a claim, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to Approximately $1,914.00 in U.S. Currency, Approximately $77,262.73 in U.S. Currency, seized from JP Morgan Chase Bank, Account Number 1882510754; Approximately $1,909.60 in U.S. Currency, seized from JP Morgan Chase Bank, Account Number 3113783498; Approximately $13,976.21 in U.S. Currency, seized from Bank of America; Account Number 06506-02871; and Approximately $6,643.63 in U.S. Currency, seized from Bank of America, Account Number 06500-01860, (collectively the "subject assets"), which were seized on or about March 25, 2010, March 30, 2010 and April 6, 2010.

2.  The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the subject assets under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimants have filed a claim to the subject assets as required by law in the administrative forfeiture proceeding.

3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a civil judicial complaint for forfeiture against the subject assets and/or to obtain an indictment alleging that such assets are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings,

1  unless the Court extends the deadline for good cause shown or by
2  agreement of the parties.  That deadline is currently
3  September 23, 2010.
4      4.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
5  to extend the time within which the United States is required to
6  file a civil judicial complaint for forfeiture against the subject
7  assets and/or to obtain an indictment alleging that such assets
8  are subject to forfeiture, and hereby agree that the new deadline
9  shall be October 8, 2010.

```
                                BENJAMIN B. WAGNER
                                United States Attorney


DATE:   9/23/10                 /s/ Saralyn M. Ang-Olson
                                SARALYN M. ANG-OLSON
                                Special Assistant U.S. Attorney
                                Attorneys for the United States




DATE:   9/23/10                 /s/ David M. Michael
                                DAVID M. MICHAEL
                                Attorney for Claimants
                                Stephani Ann Cruickshank (aka
                                Stephani Ann Stienstra) and
                                Thomas Frank Stienstra
                                (As Authorized on 9/23/10)
```

**IT IS SO ORDERED.**

DATE:   September 24, 2010

*[Signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE