```
BENJAMIN B. WAGNER
United States Attorney
SARALYN M. ANG-OLSON, SBN 197404
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-MC-00099-WBS-DAD |
| Plaintiff, | |
| v. | |
| APPROXIMATELY $1,914.00 IN U.S. CURRENCY; | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $77,262.73 IN U.S. CURRENCY, SEIZED FROM JP MORGAN CHASE BANK, ACCOUNT NUMBER 1882510754; | |
| APPROXIMATELY $1,909.60 IN U.S. CURRENCY, SEIZED FROM JP MORGAN CHASE BANK, ACCOUNT NUMBER 3113783498; | |
| APPROXIMATELY $13,976.21 IN U.S. CURRENCY, SEIZED FROM BANK OF AMERICA, ACCOUNT NUMBER 06506-02871; AND | |
| APPROXIMATELY $6,643.63 IN U.S. CURRENCY, SEIZED FROM BANK OF AMERICA, ACCOUNT NUMBER 06500-01860, | |
| Defendants. | |

The United States of America and claimants Stephani Ann

1  Cruickshank (aka Stephani Ann Stienstra) and Thomas Frank
2  Stienstra (collectively, the "Claimants"), through their
3  respective attorneys, stipulate as follows:
4      1.  On or about June 25, 2010, Claimants filed a claim in the
5  administrative forfeiture proceedings with the Drug Enforcement
6  Administration with respect to the following funds (collectively,
7  the "subject assets"), which were seized on or about March 25,
8  2010, March 30, 2010 and April 6, 2010:
9      -    Approximately $1,914.00 in U.S. Currency and
10 Approximately $77,262.73 in U.S. Currency, seized from JP Morgan
11 Chase Bank, Account Number 1882510754;
12      -    Approximately $1,909.60 in U.S. Currency, seized from JP
13 Morgan Chase Bank, Account Number 3113783498;
14      -    Approximately $13,976.21 in U.S. Currency, seized from
15 Bank of America; Account Number 06506-02871; and
16      -    Approximately $6,643.63 in U.S. Currency, seized from
17 Bank of America, Account Number 06500-01860.
18     2.  The Drug Enforcement Administration has sent the written
19 notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A)
20 to all known interested parties.  The time has expired for any
21 person to file a claim to the subject assets under 18 U.S.C.
22 § 983(a)(2)(A)-(E), and no person other than the claimants have
23 filed a claim to the subject assets as required by law in the
24 administrative forfeiture proceeding.
25     3.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties
26 entered into a stipulation to extend to October 8, 2010, the time
27 within which the United States will be required to file a civil
28 judicial complaint for forfeiture against the subject assets

and/or to obtain an indictment alleging that such assets are subject to forfeiture.  The parties hereby agree to extend such time further and that the new deadline shall be October 29, 2010.

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney


DATE:   10/08/10                    /s/ Saralyn M. Ang-Olson
                                    SARALYN M. ANG-OLSON
                                    Special Assistant U.S. Attorney
                                    Attorneys for the United States



DATE:   10/08/10                    /s/ David M. Michael
                                    DAVID M. MICHAEL
                                    Attorney for Claimants
                                    Stephani Ann Cruickshank (aka
                                    Stephani Ann Stienstra) and
                                    Thomas Frank Stienstra
                                    As Authorized on 10/8/10
```

**IT IS SO ORDERED.**

DATE:   October 13, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE